474 A.2d 697

Commonwealth v. Lumley, Appellant.
Petition for Allowance of Appeal
Denied Aug. 9, 1984.

Argued April 11, 1984. William F. Cercone, Jr., for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.